HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
TEL: 916-498-5700   FAX: 916-498-5710

Attorneys for Defendant
EMILIO ELIZARRARAZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EMILIO ELIZARRARAZ,<br><br>Defendant. | CASE NO. 2:18-cr-00103-DB<br><br>STIPULATION AND ORDER TO VACATE THE STATUS CONFERENCE AND SET FOR A CHANGE OF PLEA HEARING<br><br>DATE: September 25, 2018<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Deborah Barnes |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Special Assistant United States Attorney ERIC CHANG, Assistant Federal Defender LINDA C. ALLISON attorney for EMILIO ELIZARRARAZ, that the Court vacate the status conference on September 25, 2018 and set a change of plea hearing for October 30, 2018 at 10:00 a.m.

The parties also agree that the ends of justice served by granting defendant's request for a continuance outweighs the best interest of the public and the defendant in a speedy trial, counsel needs additional time to review discovery and discuss the plea negotiations with her client, to conduct a further investigation and discuss plea negotiations with the government.

/ / /

/ / /

/ / /

/ / /

1

| | |
|---|---|
| 1 | The parties stipulate that for the purpose of computing time under the Speedy Trial Act, the |
| 2 | Court should exclude time from the date of this order through October 30, 2018, for defense preparation |
| 3 | and investigation. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [Local Code T4]. |

DATED: September 21, 2018

Respectfully submitted,

HEATHER WILLIAMS
Federal Defender

/s/ Linda Allison
LINDA ALLISON
Assistant to the Federal Defender
Attorneys for Defendant
EMILIO ELIZARRARAZ

Dated: September 21, 2018

McGREGOR W. SCOTT
United States Attorney

/s/ Linda C. Allison for
ERIC CHANG
Special Assistant United States Attorney

ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, September 21, 2018, up to and including October 30, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) T4 [reasonable time for counsel to prepare] (Local Code T4).

/ / /

It is further ordered that status conference hearing on September 25, 2018 shall be vacated and a change of plea hearing be set for October 30, 2018 at 10:00 a.m.

Dated:  September 21, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

3